IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                        CASE NO. 1:01-cr-00046-MP

CHARLES BRENNEN,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 29, a letter motion for an order denying a transfer or for re-designation to medium security status.  The Court denies the motion in its entirety. The designation of prisoners and where prisoners are to be housed are within the province of the Bureau of Prisons, not the Court.

**DONE AND ORDERED** this _8th_ day of August, 2008

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge