IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                             CASE NO. 1:01-cr-00046-MP

CHARLES BRENNEN,

    Defendant.

_____/

## **O R D E R**

      This matter is before the Court on Doc. 36, a letter from Mr. Brennan in which he states that he fears for his safety, has been assaulted various times, and requests the undersigned to "get me moved to a medium institution or a fallout yard like Coleman 2." The Clerk is directed to send a copy of the letter to Assistant United States Attorney Meltzer, Attorney Jon Uman, the United States Marshal's Service, and the Bureau of Prisons, and to record such service in an entry on the docket sheet.

      **DONE AND ORDERED** this *27th* day of October, 2010

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge