Order on Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) | Page 1 of 1

# UNITED STATES DISTRICT COURT
## Northern District of Florida

United States of America

v.

Charles Brennen, Jr.

Case No.: 1:01cr46-001/MMP

USM No.: _____

_____ /

Date of Original Judgment: June 30, 2003

Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Defendant's Attorney

## Order on Motion for Sentence Reduction

☐ The Defendant   ☐ Director of the Bureau of Prisons   ☑ the court   has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). Having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the court orders that the motion is:

☑ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (*as reflected in the last judgment issued*) of _____ months is **reduced** to _____.

*(Complete Part I, II or III of Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date: November 7, 2011

*Signature of Judge*

M. Casey Rodgers
Chief United States District Judge

*Printed Name and Title of Judge*

Effective Date: _____
*(if different from order date)*

Rec'd 11 07 11 UsDcFln 3PM 03 07